IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,          ) | |
|                                                   ) | |
|             Plaintiff,                       ) | **ORDER GRANTING MOTION TO** |
|                                                   ) | **AMEND RELEASE CONDITIONS** |
| vs.                                             ) | |
|                                                   ) | |
| Sibashton Tre Holybear,            ) | Case No. 1:21-cr-235 |
|                                                   ) | |
|             Defendant.                    ) | |

On August 2, 2023, the court issued orders conditionally releasing Defendant to the Prairie Recovery Center for Treatment.  (Doc. No. 255 and 256).  The orders further provided that, at least 96 hours prior to anticipated completion of the treatment program, Defendant was to advise the Pretrial Services Officer of his anticipated completion date so the court could schedule a hearing to review his release status.  (Id.).

On November 15, 2023, Defendant filed a Motion to Amend Order Granting Release.  (Doc. No. 260).  Defendant anticipates that he will complete his treatment programming and be discharged by the Prairie Recovery Center on November 21, 2023.  He requests that the court permit him to reside at Blessed Builders, a sober loving facility in Bismarck, North Dakota, following his discharge from the Prairie Recovery Center.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 260) and modifies Defendant's release conditions as follows.  Upon completing his treatment programming at the Prairie Recovery Center, Defendant shall report to and reside at Blessed Builders. Defendant shall not change his residence without the prior permission of the Pretrial Services Office.  Defendant shall comply with all of Blessed Builders' rules and regulations

and participate in its programming.  Defendant otherwise remains subject to all of the release conditions previously imposed by the court.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court